UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**MARIA ELENA BERMUDEZ GUTIERREZ,**
    Petitioner,

v.

**WARDEN NEELY,**
    Respondent.

Case No. 7:23-cv-523-CLM- GMB

## MEMORANDUM OPINION

    The magistrate judge has entered a report (doc. 8), recommending the court dismiss this petition for a writ of habeas corpus (doc. 1) with prejudice. No objections have been filed.

    After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DISMISS** this petition for a writ of habeas corpus **WITH PREJUDICE**.

    The court will enter a separate final judgment that closes this case.

    **Done** on December 11, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE